UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER DRUM COOPERATING PARTIES GROUP,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANGELES CHEMICAL CO., INC. (AKA "ANGELUS CHEMICAL" AND/OR "ANGELES CHEMICAL COMPANY, INCORPORATED"), *et al.*,<br><br>　　　　Defendants.<br><br>and Related Counterclaims, Cross-Claims and Third-Party Complaints | Case No.: 2:19-cv-03007-AB (PVCx)<br><br>**ORDER GRANTING ELG METALS, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND BARRING CLAIMS AND GRANTING CERTIFICATION OF PARTIAL FINAL JUDGMENT UNDER F.R.C.P. 54(b)** |

　　Before the Court is the Motion for Determination of Good Faith Settlement and Order Barring Claims filed by Defendant ELG Metals, Inc. ("ELG") and Plaintiff Cooper Drum Cooperating Parties Group ("Plaintiff"). (Dkt. No. 478). Notice of the Motion was provided to approximately 2,700 businesses and commercial property

owners in zip code 90280, the zip code for the City of South Gate. There were no opposing papers filed. The Court deems this matter appropriate for decision without oral argument and therefore vacates the hearing scheduled for December 3, 2021. *See* Fed. R. Civ. P. 78; LR 7-15. After considering the moving papers and the record as a whole, the Motion is **GRANTED**. The Court finds that the Settlement Agreement between and among ELG and Plaintiff was made in good faith and is fair, reasonable, and consistent with the purposes of the CERCLA, 42 U.S.C. § 9601, et seq. Accordingly:

1. The Settlement Agreement between ELG and Plaintiff is approved as a good faith settlement;

2. The Third Amended Complaint is hereby dismissed per the terms of the Settlement Agreement;

3. All third party claims and cross claims against ELG are dismissed with prejudice;

4. Any and all claims for contribution, cost recovery, and/or indemnity against ELG arising out of the matters asserted in this action or addressed in the Settlement Agreement, regardless of when asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA, 42 U.S.C. § 9601, *et seq.*, or pursuant to other federal or state law including common law;

5. The provisions of the Uniform Comparative Fault Act ("UCFA") shall apply as to the effect of this Settlement;

6. Pursuant to UCFA § 6 and California Code of Civil Procedure § 877.6, any and all claims for contribution, cost recovery, and/or indemnity against ELG arising out of this action and addressed in the Settlement Agreement, regardless of when asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to the California Hazardous Substances Account Act or pursuant to other federal or state law, including common law;

7. The Court orders that the Settlement Agreement constitutes a judicially approved settlement for purposes of 42 U.S.C. § 9613(f); and

8. The Court grants certification of partial final judgment under Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: November 17, 2021

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE