JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER DRUM COOPERATING PARTIES GROUP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN POLYMERS CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:19-cv-03007-AB (PVCx)<br><br>**ORDER CLOSING CASE** |

On January 4, 2022, Plaintiff Cooper Drum Cooperating Parties Group ("Plaintiff") filed a Notice of Dismissal, voluntarily dismissing the last remaining Defendant in this case. (Dkt. No. 508). Moreover, Third Party Plaintiff and Cross Claimant TW Tedesco Properties, L.P. has dismissed all of its outstanding claims. (Dkt. Nos. 427, 489, 490).

//

//

1.

As a result of these dismissals, there remain no outstanding claims in this case. In light of this fact, the Court now closes this case.

**IT IS SO ORDERED.**

Dated: January 20, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.